# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1108
Lower Tribunal No. 2025-SC-000797

_____

NICHOLAS MLADUCKY,

Appellant,

v.

ENTERPRISE KNOWLEDGE PARTNERS, LLC,

Appellee.

_____

Appeal from the County Court for Lee County.
Josephine Gagliardi, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and PRATT, JJ., concur.


Nicholas Mladucky, Bokeelia, pro se.

Steven W. Teppler, of Mandelbaum Barrett, PC, Boca Raton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED